**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 17 WM 2019
:
Respondent :
:
:
:
v. :
:
:
:
RICHARD EUGENE BLACK, :
:
Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 29th day of May, 2019, the Application for Extraordinary Relief is DENIED.